# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO.  15-00645** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WILLARD QUINCY COOPER and LORETTA SUMMERS COOPER** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT IN PERSONAM

The Defendants having been duly served, more than the required number of days having elapsed, and Defendants having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, and the law and evidence being in favor thereof,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in personam in favor of Plaintiff, United States of America, and against Defendants, **WILLARD QUINCY COOPER and LORETTA SUMMERS COOPER**, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the rate mandated by 28 U.S.C.A. § 1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $106, 238.34 note dated September 30, 2003 | $106,238.34 |
| Accrued interest as of March 31, 2014 | $8,889.71 |
| Plus interest thereafter at the note rate of 4.75% until date of Judgment | |

Unpaid principal balance of
$33,986.47 note dated
September 3, 2003                                                        $33,986.47

Accrued interest as of
March 31, 2014                                                          $9,652.75

Plus interest thereafter at the
note rate of 3.00% until date of Judgment

      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is entitled

to all costs of this proceeding.

      MONROE, LOUISIANA, this 25th day of August, 2015.

 

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**